■ In the Matter of SAMUEL E. MESSER, Petitioner, v MONROE COUNTY WATER AUTHORITY, Respondent. [951 NYS2d 421]— Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to annul the determination of respondent.

Now, upon reading and filing the stipulation to discontinue signed by the attorneys for the parties on June 20, 2012,

It is hereby ordered that said proceeding is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.